| Attorney or Party without Attorney: MICHAEL A. TAITELMAN, ESQ., Bar #156254<br>FREEDMAN & TAITELMAN, LLP<br>1901 AVENUE OF THE STARS<br>SUITE 500<br>LOS ANGELES, CA 90067 | | For Court Use Only |
|---|---|---|
| Telephone No: 310-201-0005   FAX No: 310-201-0045 | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: CRYOLIFE, INC., ETC. | | |
| Defendant: TENAXIS MEDICAL, INC., ETC. | | |

| PROOF OF SERVICE SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number: C08-05124 HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PETITION FOR DISCOVERY UNDER 28 U.S.C. § 1782; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CRYOLIFE'S PETITION FOR DISCOVERY; DECLARATION OF GUNTRAM RAHN; OFFICE OF THE CLERK.

3. a. Party served:        TENAXIS MEDICAL INC., A DELAWARE CORPORATION
   b. Person served:       RONALD DIECK, AGENT AUTHORIZED TO ACCEPT SERVICE. AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   835 MAUDE AVENUE
                                         MOUNTAIN VIEW, CA 94043

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Nov. 11, 2008 (2) at: 2:38PM

7. *Person Who Served Papers:*
   a. Jeffrey Levin

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Nov. 13, 2008                                 *[signature]*

   Judicial Council Form                  PROOF OF SERVICE               (Jeffrey Levin)   4229764.mictai.173752
   Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMS IN CIV. ACTION